# Court of Appeals, State of Michigan

## ORDER

Southeast Michigan Surgical Hospital LLC v Allstate Ins Co

Docket No. 323425

LC No. 11-015300-NF

Michael J. Talbot, C.J.
Presiding Judge

All Court of Appeals
Judges

The Court orders that a special panel shall not be convened pursuant to MCR 7.215(J) to resolve a conflict between this case and *Bazzi Sentinel Ins Co*, ___ Mich App ___; ___ NW2d ___ (2016) (Docket No. 320518).

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

AUG 3 1 2016
_____
Date

_____
Chief Clerk